UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:14-CR-67 JCM (PAL) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| DANTE LANDRY, | |
| Defendant(s). | |

Presently before the court is defendant Dante Landry's unopposed motion for early termination of supervised release. (ECF No. 8).

On February 6, 2003, defendant was sentenced to 330 months custody followed by five years of supervised release after pleading guilty to seven counts including conspiracy to distribute a controlled substance and possession with the intent to distribute in violation of 21 U.S.C. 846 and 841. On January 27, 2014, defendant commenced his supervision. Since that time, defendant has been fully compliant with all the conditions of his supervised release.

Pursuant to 18 U.S.C. § 3583(e)(1), the court may, after considering the factors set forth in 18 U.S.C. § 3553(a), terminate a term of supervised release after one year, "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1); *see also* U.S.S.G. § 5D1.2 (providing further guidance regarding early termination of supervision).

Defendant has been on supervised release for over two years. Defendant states that his conduct on supervision has been positive and that he has not failed any drug tests nor had any other issues during his term of supervision. Defendant also represents that the government and probation do not oppose early termination of supervised release in this case. (ECF No. 8).

**James C. Mahan**
**U.S. District Judge**

Considering the above-mentioned factors, the court finds good cause to grant defendant's motion. Defendant has successfully completed two years of his supervised release term without issue, probation does not oppose the request, and the court finds no reason to continue defendant on supervised release. Based on the standard above, supervised release will therefore be terminated.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion for early termination of supervised release, (ECF No. 8), be, and the same hereby is, GRANTED.

DATED May 23, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**